BORRELLI, Administratrix, and others, Appellants, vs. TREZISE and another, Respondents.

For the appellants: *Roberts, Roe & Boardman* of Madison.

For the respondents: *Bouck, Hilton, Kluwin & Dempsey* of Oshkosh.

*By the Court.*—Judgment affirmed.

ESTATE OF HELLICKSON: MYRA and others, Appellants, vs. MUNSON, Executor, and another, Respondents.

For the appellants: *Sanborn, Blake & Aberg* and *Edwin Conrad,* all of Madison.

For the respondent Munson: *Sauthoff, Hansen, O'Brien & Kroncke* of Madison.

For the respondent Peterson: *Roberts, Roe & Boardman* of Madison.

*By the Court.*—Order and judgment affirmed.

*May 17, 1938.*

CONNERS, Appellant, vs. SCULLION, Respondent.

For the appellant: *J. Charles Pile* of Dodgeville.

For the respondent: *Fiedler, Boardman, Jones & Fiedler* of Mineral Point.

*By the Court.*—Judgment affirmed.